**Fill in this information to identify your case:**

Debtor 1: Robert Bruce Peoples
First Name | Middle Name | Last Name

Debtor 2: 
(Spouse if, filing)   First Name | Middle Name | Last Name

United States Bankruptcy Court for the: EASTERN DISTRICT OF TENNESSEE

Case number (if known): 1:17-bk-12973-NWW

☐ Check if this is an amended filing

## Official Form 106E/F
### Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ■ No. Go to Part 2.
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|     |                                                                                  |                                         |              | Total claim |
| --- | -------------------------------------------------------------------------------- | --------------------------------------- | ------------ | ----------- |
| 4.1 | **AMEX**                                                                         | Last 4 digits of account number         | 7363         | $6,201.00   |
|     | Nonpriority Creditor's Name                                                      |                                         |              |             |
|     | Attn: Bankruptcy Dept.<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329           | When was the debt incurred?             | 08/10/2016   |             |
|     | Number Street City State Zip Code                                                | As of the date you file, the claim is: Check all that apply |  |  |
|     | **Who incurred the debt?** Check one.                                            |                                         |              |             |
|     | ■ Debtor 1 only                                                                  | ☐ Contingent                            |              |             |
|     | ☐ Debtor 2 only                                                                  | ☐ Unliquidated                          |              |             |
|     | ☐ Debtor 1 and Debtor 2 only                                                     | ☐ Disputed                              |              |             |
|     | ☐ At least one of the debtors and another                                        | **Type of NONPRIORITY unsecured claim:** |             |             |
|     | ☐ Check if this claim is for a community debt                                    | ☐ Student loans                         |              |             |
|     |                                                                                  | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | | |
|     | **Is the claim subject to offset?**                                              | ☐ Debts to pension or profit-sharing plans, and other similar debts | | |
|     | ■ No                                                                             | ■ Other. Specify _____        |              |             |
|     | ☐ Yes                                                                            |                                         |              |             |

Debtor 1   Robert Bruce Peoples   Case number (if know)   1:17-bk-12973-NWW

### 4.2 Bank of America - Credit Cards
Nonpriority Creditor's Name
Attn: Bankruptcy Dept.
P.O. BOx 15102
Wilmington, DE 19885-5102
Number Street City State Zlp Code

Last 4 digits of account number   6160
When was the debt incurred?   02/03/2017

$2,426.00

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.3 Capitalone Quicksilver
Nonpriority Creditor's Name
15000 Capital One Drive
Henrico, VA 23238
Number Street City State Zlp Code

Last 4 digits of account number   4414
When was the debt incurred?   12/23/2014

$2,438.00

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.4 Community National Bank
Nonpriority Creditor's Name
Attn: Bankruptcy Dept.
P.O. Box 255
Dayton, TN 37321
Number Street City State Zlp Code

Last 4 digits of account number
When was the debt incurred?   2017

$2,038.82

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1   Robert Bruce Peoples                                  Case number (if know)   1:17-bk-12973-NWW

| 4.5 | Joe Peoples | Last 4 digits of account number | $3,534.44 |

**Nonpriority Creditor's Name**
20 Old Highway 41
Adairsville, GA 30103
Number Street City State Zip Code

When was the debt incurred? **2017**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.6 | Rhea Ambulance Services, LLC | Last 4 digits of account number   PEOPROBE | $250.00 |

**Nonpriority Creditor's Name**
Attn: Bankruptcy Dept.
9460 Rhea County Highway
Dayton, TN 37321-7922
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.7 | Rhea Medical Center | Last 4 digits of account number | $625.00 |

**Nonpriority Creditor's Name**
ATTN: Bankruptcy Dept.
9400 Rhea County Hwy
Dayton, TN 37321-7933
Number Street City State Zip Code

When was the debt incurred? **2017**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1  Robert Bruce Peoples                              Case number (if know)  1:17-bk-12973-NWW

| 4.8 | State Farm Financial Bank | Last 4 digits of account number | 8820 | $1,718.00 |

Nonpriority Creditor's Name
Attn: Bankruptcy Dept.
PO Box 23025
Columbus, GA 31902-3025
Number Street City State Zip Code

When was the debt incurred?  09/21/2016

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.9 | SYNCB/Nordyne | Last 4 digits of account number | 0308 | $5,568.00 |

Nonpriority Creditor's Name
C/O P.O.Box 965036
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?  05/05/2017

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. $ | 0.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d. | 6e. $ | 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. $ | 0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |

| Debtor 1 | Robert Bruce Peoples | | | Case number (if know) | 1:17-bk-12973-NWW |
|---|---|---|---|---|---|

| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 24,799.26 |
|---|---|---|---|---|---|
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 24,799.26 |